United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Ruby Valle, Plaintiff ) <br> ) <br> v. ) <br> ) <br> First National Collection Bureau, ) <br> Inc., Defendant ) | Civil Action No. 16-62751-Civ-Scola |

### Judgment

The Court has granted judgment on the pleadings. (Order, ECF No. 51.) The Court now enters judgment in favor of the Defendant and against the Plaintiff, as required by Federal Rule of Civil Procedure 58. The Court directs the Clerk to **close** this case.

**Done and ordered** in chambers, at Miami, Florida, on May 16, 2017.

_____
Robert N. Scola, Jr.
United States District Judge